WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Respondent, *v.* DEAN G. CRIPPEN, Appellant.

Argued December 1, 1938; decided January 3, 1939.

*Paul B. Hanks* for appellant.
*Harold G. Hutchens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Taking no part: RIPPEY, J.